FILED

2014 SEP -4 PM 2: 16

U.S. MAGISTRATE JUDGE
BY: _____

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:14-mj-0579-PAL |
| Plaintiff, ) | |
| ) | **ORDER TO SEAL** |
| vs. ) | |
| ) | |
| LOUIS WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

Based on Government's Motion to Seal the Affidavit in the above-captioned matter and good cause appearing, therefore,

IT IS SO ORDERED that the Affidavit be sealed.

DATED this 5th day of September, 2014.

_____
United States Magistrate Judge