1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   REBECCA LEVY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   rebecca_levy@fd.org
6

7  Attorney for LOUIS WASHINGTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-303-JAD-CWH |
|---|---|
| Plaintiff, | **STIPULATION REQUESTING EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| LOUIS WASHINGTON, | |
| Defendant. | |

The Defendant, Louis Washington, by and through his counsel of record, Rebecca Levy, Assistant Federal Public Defender, submits this stipulation for early termination of supervised release.

DATED this May 24, 2017

                                                RENE L. VALLADARES
                                                Federal Public Defender

                                 By:  */s/ Rebecca Levy*
                                                REBECCA LEVY
                                                Assistant Federal Public Defender
                                                Attorney Louis Washington

**STATEMENT OF FACTS**

Louis Washington was indicted on September 9, 2014, with one count of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g). On December 2, 2014, Mr. Washington pled guilty without a plea agreement. On April 6, 2015 Mr. Washington was sentenced to eight months in custody and also three years of supervised release with eight months of home confinement on electronic monitoring. He is now out of custody on supervised release. On November 21, 2016, counsel for Mr. Washington filed a Motion for Early Termination of Supervised Release. Docket #35. On November 30, 2016, the Court held a hearing and while the motion wasn't granted, the Court specifically stated that a renewed motion or joint stipulation would be entertained if Mr. Washington continued to do well over the next six-months. Docket #38. Mr. Washington has continued to do well and thus, the government is agreeing to the termination of supervised release.

**ARGUMENT**

Mr. Washington has been on supervision since his release from custody over a year and a half ago. He has had no violations of supervised release. When he was first released, Mr. Washington had 8 months of home confinement with electronic monitoring. This confinement came with strict conditions, allowing him to leave for work. Mr. Washington started working as soon as he could, striving to better himself and his family. Mr. Washington and his fiancé have a three-year old and a four-month old, along with his seven-year old from a prior relationship. Mr. Washington pays child support for his seven-year old and fully supports his two other children as his fiancé is a stay-at-home mom. Mr. Washington fully completed counseling, which included several sessions per week. After he completed the counseling through Federal Probation, Mr. Washington enrolled on his own ongoing counseling paid by insurance. This is counseling he continues to attend bi-monthly.

Currently, Mr. Washington is working two jobs. He is working full-time at Firestone Auto Center. In addition to this full-time job, Mr. Washington works at Concrete Crafting of

1 | Centennial.  Prior to his incarceration, Mr. Washington was doing long haul truck driving.  He had to take a break from that work after a car accident.  Mr. Washington would like the opportunity to do that type of work again if he was released from supervised release.  Mr. Washington's life consists of work and taking care of his family.  His attitude remains as positive as it was during the pendency of his underlying case.  Mr. Washington is committed to making a better life for himself and his family.

Probation Officer, Elizabeth Olsen, now supervises Mr. Washington.  Mr. Washington continues to do well on supervision and has had no violations.

Accordingly, Mr. Washington respectfully requests that the Court terminate the remainder of his supervision.  The government is in agreement with this request.

DATED this May 24, 2017

        Respectfully Submitted,
        RENE L. VALLADARES
        Federal Public Defender

        */s/ Rebecca Levy*
        REBECCA LEVY
        Assistant Federal Public Defender

IT IS SO ORDERED.

5/24/2017

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 24, 2017, she served an electronic copy of the above and foregoing by electronic service (ECF) to all parties of record, including the person(s) named below:

> STEVEN W. MYHRE
> Acting United States Attorney
> JARED L. GRIMMER
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

                */s/Nancy Vasquez, Legal Assistant*
                Employee of the Federal Public Defender